# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

CYMANDE GRANT,                        )
                                      )
    Plaintiff,                )
                                      )
v.                                    )
                                      )   Case No. CV415-269
ADAM C. DENTION,                      )
Georgia State Patrol;                 )
and SAPPS WRECKER                     )
SERVICE,                              )
                                      )
    Defendants.               )

## <u>REPORT AND RECOMMENDATION</u>

    This case should be dismissed without prejudice because plaintiff Cymande Grant has failed to comply with the November 4, 2015 deadline for returning the Consent Form and Prison Trust Account Statement required by this Court, pursuant to 28 U.S.C. § 1915(a)(2). Doc. 3 at 5 (Order warning of dismissal if he failed to return his PLRA forms by that date). *See* L.R. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED**, this _12th_ day of

November, 2015.

_M. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA